# EXHIBIT D

STATE OF MARYLAND       *       IN THE

                     *       CIRCUIT COURT

       v.

                     *       FOR

ROBERT JOHNSON,         *       BALTIMORE CITY

       Defendant.          *       Case No. 114280004

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA

Upon consideration of the Joint Motion to Extend Time Requirements Pursuant to Rule 1-204(a)(3), Joint Motion to Withdraw Guilty Plea, and representations of counsel, it is this **26th** day of **June** 2018,

**FOUND** that the failure to file a motion to withdraw guilty plea before the time of sentencing in the above-captioned case as required by Rule 4-242(h), was the result of excusable neglect; and, therefore, it is

**ORDERED** that the Joint Motion to Extend Time Requirements Pursuant to Rule 1-204(a)(3) is **GRANTED**, and the parties shall be permitted to file the Joint Motion to Withdraw Guilty Plea; and it is further

**FOUND** that, based on the representations of counsel, the withdrawal of the guilty plea in the above-captioned case serves the interest of justice; and, therefore, it is

**ORDERED** that the Joint Motion to Withdraw Guilty Plea is **GRANTED**, and, pursuant to Rule 4-242(h), the guilty plea is **WITHDRAWN.**

JUDGE'S SIGNATURE APPEARS
ON THE ORIGINAL DOCUMENT

Judge Charles J. Peters