UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**George L. Russell, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

September 11, 2020

MEMORANDUM TO COUNSEL RE:  Johnson v. Gondo, et al.
Civil Action No. GLR-19-995

Dear Counsel:

Yesterday, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

The parties have not consented to transferring the case to a U.S. Magistrate Judge for all further proceedings.

Defendants Baltimore Police Department, Mayor & City Council of Baltimore, Anthony W. Batts, and Frederick H. Bealefeld, III (the "Institutional Defendants"), intend to promptly file a motion to bifurcate in this matter. Until such point as that motion is resolved, the Institutional Defendants will serve as witnesses for the purpose of discovery in this case.

Following the Court's ruling on bifurcation, the parties agree to submit a joint proposed scheduling order for the Court's review. The parties' proposed scheduling order will indicate whether they agree to defer expert discovery until after summary judgment motions are resolved. The proposed scheduling order will further indicate a date prior to the completion of discovery before which they intend to contact a U.S. Magistrate Judge to schedule a settlement conference.

Having considered the parties' reasonable requests, the Court allocates twenty-five deposition hours per side for fact witnesses.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge